The People of the State of New York, Respondent, v. Celestian L. Strzep, Appellant.

Submitted March 8, 1940; decided July 24, 1940.

*Celestian L. Strzep*, appellant, in person.

*Leo J. Hagerty, District Attorney (Winifred C. Stanley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey and Conway, JJ. Taking no part: Sears and Lewis, JJ.